Alex C. Park [SBN 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Phone (408) 246-1515
Fax (408) 246-4105
Email alexcpark@hotmail.com

Carlyle Varlack [SBN 147641]
Law Offices of Carlyle Varlack
1999 S. Bascom Avenue, Suite 700
Campbell, CA 95008
Phone (408) 295-0893
Fax (408) 295-0239
Email carlylevarlack@hotmail.com

Attorneys for Plaintiff Cheryl Rouse

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, DIVISION - SAN JOSE

| | |
|---|---|
| CHERYL ROUSE, | Case No. 4:15-cv-04569-JST |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| v. | |
| C.R. BARD, INC., a Delaware corporation; BARD PERIPHERAL VASCULAR, INC., and DOES 1 to 50, Inclusive, | |
| Defendants. | |

JOINT STIPULATION AND ORDER OF DISMISSAL

1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

Dated:     August 25, 2021          LAW OFFICES OF ALEX C. PARK

                                                        Alex C. Park  /s/
                                       By: Alex C. Park, Attorney for Plaintiff

Dated:     August 25, 2021          LAW OFFICES OF CARLYLE VARLACK

                                         Carlyle Varlack, Jr.   /s/
                                 By: Carlyle Varlack, Jr., Attorney for Plaintiff

Dated:     August 25, 2021          NELSON MULLINS RILEY &
                                                SCARBOROUGH, LLP

                                       Shawtina F. Lewis   /s/
By:   Shawtina F. Lewis
      Matthew B. Lerner
      Attorney for Defendants

JOINT STIPULATION AND ORDER OF DISMISSAL

2

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____October 22_____, 2021

_____
By: THE HONORABLE JON S. TIGAR

JOINT STIPULATION AND ORDER OF DISMISSAL

3